ACCEPTED
04-014-00494-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/17/2015 5:48:09 PM
KEITH HOTTLE
CLERK

NO. 04-014-00494-CV

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/17/2015 5:48:09 PM
KEITH E. HOTTLE
Clerk

**UNITED PARCEL SERVICE, INC. and ROLAND LEAL**

**Appellants/Cross-Appellees**

**v.**

**ROBERT SCOTT RANKIN, Individually; RACHELLE RANKIN, Individually and as Next Friend for AVERY RANKIN, a Minor; as Next Friend for KARA RANKIN, a Minor; and as Next Friend for SAMUEL RANKIN, a Minor**

**Appellees/Cross-Appellants**

On Appeal from the 224th Judicial District Court, Bexar County, Texas
Honorable Cathy Stryker, Presiding Judge
Trial Court Cause No. 2011-CI-07922

**CROSS-APPELLANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO CROSS-APPELLEES' SURREPLY TO ARGUMENT IN CROSS-APPELLANTS' REPLY BRIEF THAT RULE 167.4(a) IS INVALID**

**TO THE HONORABLE COURT OF APPEALS:**

Cross-Appellants, Robert Scott Rankin, Rachelle Rankin, Avery Rankin, Kara

Rankin, and Samuel Rankin (the "Rankins"), by and through their undersigned

attorneys, hereby move the Court for an Order allowing them to file a Reply to Cross-Appellees' Surreply to Argument in Cross-Appellants' Reply Brief That Rule 167.4(a) is Invalid, and in support thereof would respectfully show the Court the following:

The Court granted Cross-Appellees' Motion for Leave to File Reply to New Argument in Cross-Appellants' Reply Brief That Rule 167.4(a) is Invalid on April 14, 2015. Cross-Appellants request that the Court allow them to file their Reply to Cross-Appellees' Surreply in that it will assist the Court by providing argument and authority. Cross-Appellees are not opposed to Cross-Appellants' Motion for Leave.

**WHEREFORE**, Cross-Appellants pray that this Court grant them leave to file their reply to Cross-Appellees' Surreply to Argument in Cross-Appellants' Reply Brief That Rule 167.4(a) is Invalid, which is being electronically filed simultaneously with this Motion, and for such other and further relief as the Court may deem to be just and proper.

Respectfully submitted,

**THE PERRIN LAW FIRM**
1910 Pacific Avenue, Suite 6050
Dallas, Texas 75201
Telephone:  (214) 646-2004
Facsimile:   (214) 646-6117
Email:  dougperrin@perrinlaw.org
            markperrin@perrinlaw.org

*/s/J. Mark Perrin*
Doug Perrin
State Bar No. 15796520
J. Mark Perrin
State Bar No. 24013313

**REESE GORDON MARKETOS LLP**
750 N. St. Paul Street, Suite 610
Dallas, Texas 75201
Telephone:  (214) 382-9810
Facsimile: (214) 501-0731
Email: pete.marketos@rgmfirm.com
Pete Marketos
State Bar No. 24013101

**KEELING & DOWNES, P.C.**
1500 McGowen Street
Houston, Texas 77004
Telephone: (832) 214-9900
Fax: (832) 214-9908
Email:  bck@keelingdownes.com
Byron Keeling
State Bar No. 11157980

**ATTORNEYS FOR
CROSS-APPELLANTS**

## CERTIFICATE OF CONFERENCE

I have conferred with counsel for Cross-Appellees about the merits of this Motion and was advised that Cross-Appellees do not oppose the relief requested in this Motion.

Certified this 17th day of April, 2015.


/s/J. Mark Perrin
J. Mark Perrin

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing document was forwarded to all counsel of record in the above cause through the Court's electronic case filing system, on this the 17th day of April, 2015.

Ricardo Reyna
Audrey Haake
Brock, Person, Guerra, Reyna P.C.
17339 Redland Road
San Antonio, Texas 78247

W. Randall Bassett
Bradley Pratt
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309

H. Victor Thomas
King & Spalding, LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002


/s/J. Mark Perrin